IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY BATTLES**                                                                **PLAINTIFF**

V.                                            5:08CV117 JMM

**MARK TOWNSEND and**
**SOUTHERN TIRE MART, LLC**                                **DEFENDANTS**

## ORDER

The Order of this Court dated May 20, 2008 certifying a question of law to the Arkansas Supreme Court is hereby WITHDRAWN pursuant to the Order of Dismissal entered in this case today. The Court has been notified by the parties that the case has been settled. Therefore, the question of law certified to the Arkansas Supreme Court is moot.

The Clerk is directed to send a copy of this Order to the Clerk of the Arkansas Supreme Court forthwith.

IT IS SO ORDERED this 23rd day of October 2008.

James M. Moody
United States District Judge